**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TASH HEPTING, on Behalf of
Himself and All Others Similarly
Situated; GREGORY HICKS; ERIK
KNUTZEN, on Behalf of Themselves
and All Others Similarly Situated;
CAROLYN JEWEL, on Behalf of
Herself and All Others Similarly
Situated; BENSON B. ROE, Plaintiff
in related case no.
C-06-03467 MMC,
                    *Plaintiffs-Appellees,*

            and

WIRED NEWS; CONDENET INC.,
                    *Intervenors,*

            v.

AT&T CORPORATION,
                    *Defendant-Appellant,*

            and

AT&T, INC.,
                    *Defendant,*

UNITED STATES OF AMERICA,
                    *Defendant-Intervenor.*

No. 06-17132

D.C. No.
CV-06-00672-VRW

14985

TASH HEPTING, on Behalf of
Himself and All Others Similarly
Situated; GREGORY HICKS; ERIK
KNUTZEN, on Behalf of Themselves
and All Others Similarly Situated;
CAROLYN JEWEL, on Behalf of
Herself and All Others Similarly
Situated; BENSON B. ROE, Plaintiff
in related case no.
C-06-03467 MMC,
                 *Plaintiffs-Appellees,*

                 v.

AT&T CORPORATION; AT&T, INC.,
                          *Defendants,*

                 and

UNITED STATES OF AMERICA,
                 *Defendant-Intervenor-
                          Appellant.*

No. 06-17137

D.C. No.
CV-06-00672-VRW

AL-HARAMAIN ISLAMIC FOUNDATION,
INC., an Oregon Nonprofit
Corporation; WENDELL BELEW, a
U.S. Citizen and Attorney at Law;
ASIM GHAFOOR, a U.S. Citizen and
Attorney at Law,
                 *Plaintiffs-Appellees,*

                 v.

GEORGE W. BUSH, President of the
United States, et al.,
                 *Defendants-Appellants.*

No. 06-36083

D.C. Nos.
MDL-CV-06-1791-
VRW
CV-07-00109-VRW
Northern District
of California,
San Francisco

ORDER

Filed November 16, 2007

Before: Harry Pregerson, Michael Daly Hawkins, and
M. Margaret McKeown, Circuit Judges.

---

**ORDER**

On April 26, 2007, *Al-Haramain v. Bush*, No. 06-36083, was consolidated with *Hepting v. AT&T Corp.*, Nos. 06-17132, 06-17137. The Clerk shall sever *Al-Haramain v. Bush*, No. 06-36083, from *Hepting v. AT&T Corp.*, Nos. 06-17132, 06-17137, and the cases shall no longer be consolidated for any purpose.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.